# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CANDIDO ROCHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNMENT,<br><br>　　　　Defendant. | Case No. EDCV 17-0727-JVS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Complaint With Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 25, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE